**ADAM COOK**
**J. BEN EVERETT**
**EVERETT COOK LAW, PLLC**
**Attorneys at Law**
**P. O. Box 969**
**217 East Park Avenue**
**Anaconda, MT   59711**
**Telephone:   (406) 563-5005**
**Fax:   (406) 563-0380**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JANELLE RODGERS,<br><br>              Plaintiff,<br><br>v.<br><br>VALLEY COUNTY, LUKE<br>STROMMEN, & JOHN DOES 1-3<br><br>              Defendants. | Cause No. CV-20-105-GF-BMM<br><br><br>**STIPULATED STATEMENT<br>OF FACTS** |

Pursuant to the Court's Order, dated December 14, 2020, counsel for the parties conferred for the purpose of developing a Stipulated Statement of Facts. The Stipulated Statement of Facts developed by counsel for the parties is as follows:

1.      The Plaintiff, JANELLE RODGERS, currently resides in the City of Pasco, Franklin County, Washington.

2.     Defendant, LUKE STROMMEN, currently resides in Glasgow, Valley County, Montana.

3.     Defendant, VALLEY COUNTY, is a political subdivision located in Glasgow, Valley County, Montana.

4.     Defendant, LUKE STROMMEN, was employed by VALLEY COUNTY, as a deputy/undersheriff with the Valley County Sheriff's Department.

DATED this 12th day of January, 2021.

_____/s/_____Adam Cook_____
Adam Cook, Attorney for the Plaintiff

_____/s/_____Jason T. Holden____
Jason T. Holden, Attorney for Luke Strommen

_____/s/_____Harlan B. Krogh____
Harlan B. Krogh, Attorney for Valley County