IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JANELLE RODGERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VALLEY COUNTY, LUKE STROMMEN, & JOHN DOES 1-3,<br><br>　　　　Defendants. | CV-20-105-GF-BMM<br><br>**ORDER** |

　　　Upon consideration of Defendant Luke Strommen's Unopposed Motion to Continue the Stay this matter and good cause appearing,

　　　**IT IS ORDERED** that the stay shall continue in this matter for a period of sixty (60) days, until August 22, 2023, pending the decision of the Montana Supreme Court in Strommen's criminal appeal. The parties shall notify the Court through a joint status report upon receiving any decision from the Montana Supreme Court.

　　　DATED this 26th day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court