# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JANELLE RODGERS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VALLEY COUNTY, LUKE STROMMEN, and JOHN DOES 1-3,<br><br>　　　　Defendants. | CV-20-105-GF-BMM<br><br><br><br>**ORDER** |

　　　　Defendant Luke Strommen ("Strommen") filed a Motion to Stay on June 7, 2024. (Doc. 45.) The Montana Supreme Court reversed Strommen's conviction for sexual intercourse without consent of Plaintiff Janelle Rodgers on April 30, 2024. (Doc. 43-1.) Strommen has asked the Court to stay these proceedings pending his retrial in Montana state district court. (Doc. 46 at 2.) Strommen has represented that his new trial likely will take place in April of 2025. (*Id.* at 1–2.) The Court conducted a telephonic conference on June 26, 2024. (Doc. 48.) The Court directed the parties to confer about scheduling depositions for witnesses who have not yet been deposed in this matter. The Court advised that the Court would enter a stay once the Court received notice that the parties had developed a schedule for the depositions. The

1

parties filed a joint status report outlining the tentative schedule for the remaining depositions. (Doc. 50 at 2.) The Court now issues a stay in this matter pending the retrial of Strommen in Montana state district court.

Accordingly, **IT IS ORDERED:**

1. Strommen's Motion to Stay (Doc. 45) is **GRANTED.**

2. This matter is hereby **STAYED** pending the retrial of Strommen in Montana state district court, except that the parties may proceed with depositions as scheduled.

3. The parties shall provide a joint status report to the Court no later than December 9, 2024, and every 120 days thereafter outlining the status of Strommen's case in Montana state district court. The parties also shall provide notice to the Court immediately upon the resolution of Strommen's case in Montana state district court.

DATED this 9th day of August, 2024.

_____
Brian Morris, Chief District Judge
United States District Court